UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE SIMENTAL, AZ8663,

          Petitioner,

    v.

KEM CLARK,

          Respondent.

Case No. 20-cv-02302-CRB  (PR)

**ORDER OF DISMISSAL**

On April 3, 2020, this action for a writ of habeas corpus by a state prisoner was filed.  The court notified petitioner in writing at that time that the action was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application.  Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

On June 4, 2020, the court again notified petitioner in writing that he must pay the requisite $5.00 filing fee or submit an IFP application within 28 days, or his action would be dismissed.

More than 60 days have passed and petitioner has not provided the court with the requisite items or sought an extension of time to do so.  The action is DISMISSED without prejudice.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated:  August 6, 2020

_____

CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California